UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


LARRY DANCY,                                      :
                                                 :
                    Plaintiff                    :
                                                 :
           v.                                    :   CIVIL NO. 3:CV-06-2301
                                                 :
MR. COLLIER, et al.,                             :   (Judge Kosik)
                                                 :
                    Defendants                   :


**O R D E R**

   **NOW, THIS 4ᵗʰ DAY OF APRIL, 2007,** upon consideration of Defendants'

Motion to Seal and to Submit Documentation In Camera (Doc. 16), **IT IS HEREBY**

**ORDERED THAT** said motion is **granted**.  The Clerk of Court is directed to seal

Documents 16 and 17 in this case.




                                          ___s/Edwin M. Kosik_____
_____     United States District Judge